(104 So. 258)
## McCORMACK BROS. MOTOR CAR CO. v. STATE. (7 Div. 517.)

(Supreme Court of Alabama. Jan. 22, 1925. Rehearing Granted May 7, 1925.)

Appeal from Circuit Court, Calhoun County; S. W. Tate, Judge.

Lamkin & Watts, of Birmingham, for appellant.

Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Placed on rehearing docket by the court. Opinion of affirmance (102 So. 894[3]) set aside; the decree of the circuit court is reversed, and one is here rendered in favor of the claimant, upon the authority of Edwards v. State, post,.p. 122, 104 So. 255.